UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALSH SHEA CORRIDOR CONSTRUCTORS<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACE AMERICAN INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY<br><br>　　　　　　Defendants. | Case No.: 2:24−cv−04515−RGK−AJR<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

　　GOOD CAUSE APPEARING, the Court hereby approves this Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: September 19, 2024

_____
Hon. A. Joel Richlin
United States Magistrate Judge